Argued and submitted March 30, reversed and remanded for new trial June 7, 1995

## STATE OF OREGON,
*Respondent,*

*v.*

## GILBERT VELASCO,
*Appellant.*

(90CR-0575; CA A81749)

895 P2d 817

Louis R. Miles, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Reversed and remanded for new trial. *State v. Maxfield,* 133 Or App 371, 891 P2d 1342, *mod* 134 Or App 542, 896 P2d 581 (1995).